Mathew K. Higbee (Texas State Bar No. 24076924)
HIGBEE & ASSOCIATES
1504 Brookhollow Dr.
Ste. 112  Santa Ana, CA 92705-5418

Dear Sir,

**Reference is made to your Case: 4:17-cv-03322 filed in TXSD on 11/01/17**

I have received this letter and filing statement via our accountant in Houston.

Facilium was a small service company in the oil and gas industry for a number of years. As you may know, the oil industry is in a reduction mode and many companies have folded in the past 2 to 3 years.

My choice to close Facilium and subsidiaries is a result of having no business and not foreseeing any more business for Facilium in the future. I have not filed for Chapter 11, like so many of our competitors and associates. On the contrary, I have performed a controlled reduction and finally decided to close all business.

The status of Facilium today is as follows:

1. I, the undersigned, was the initiator of Facilium in 2000. I am now 71 years old and have retired in Europe. As a consequence of having no projects/business/employees, I have relocated to Europe. I have no personal assets or other interests in the USA.
2. Facilium has had no income for one and a half year, and has no funding as even the initial share capital has been depleted.
3. We have tried hard to get more business to keep Facilium Inc active, but have failed to contract new business, mainly because Facilium specialization is within a very narrow niche.
4. The parent company to Facilium Inc. has no employees and no funding, but in fact a debt to Facilium Inc. Facilium Inc. has no assets to cover your claim.
5. The Facilium Inc. web-site has been removed, and was only left up with the hope of attracting some business and we have not had any response the last 18 months.

Facilium has formerly had communication with you representing this plaintiff on ta similar issue last year. We came to a settlement, after removing all pictures which I by mistake had allowed be included in the web-material. It is my firm conviction that I had all pictures removed from the Facilium web last year, and it was a surprise to be contacted again about a similar issue.

In conclusion, and under the above described circumstance, I state this:
- Facilium does not have the funds to cover your plaintiffs claim in any way.
- Facilium is in the final shut down mode, without business or employees.
- The home page has been deleted and will not be reactivated.

I am prepared to discuss the matters with you and / or your plaintiff, as we are closing all business in the US as well as in Europe.

Your's Truly
On behalf of Facilium




Dan Norberg
Retired founder