UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 06, 2018
David J. Bradley, Clerk

*Carl Chapman*                        §
                                      §
*versus*                              §    Civil Action 4: *17-3322*
                                      §
*Jacilium, et al.*                    §

## Conference Memorandum

Counsel: *Karen Tripp*                Representing: *P. Chapman*

_____              _____

_____              _____

_____              _____

_____              _____

Date: *February 5, 2018*             Reporter: *Metzger*

Started: *10:00 a.m.*                Ended: *10:15 a.m.*

At the conference, these rulings were made:

_____

_____

- [x] Order to be entered.
- [ ] A pretrial conference is set for: _____ on _____, 2018.
- [ ] A hearing is set for: _____ on _____, 2018.
- [ ] Trial preparation to be completed by: _____, 2018.
- [ ] A trial is set for : _____ on _____, 2018.
    - [ ] Bench   [ ] Jury (Estimated time at 5.5 hours a day _____).
- [ ] Joint Pretrial Order due: _____, 2018.
- [ ] Internal review deadline _____, 2018.

Lynn N. Hughes
United States District Judge