United States District Court
Southern District of Texas
**ENTERED**
February 06, 2018
David J. Bradley, Clerk

|  |  |  |
|---|---|---|
| Carl Chapman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-3322 |
| | § | |
| Facilium, Inc., et al., | § | |
| | § | |
| Defendants. | § | |

## Declaratory Judgment

1. Carl Chapman has all rights, title, and interest in the radio dish photograph, United States Copyright Office registration number, VA 1-931-751, under the copyright and licenses.

2. Facilium, Inc., has no interest nor had an interest in the photograph. (8)

Signed on February 5, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge